UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF MICHIGAN, | |
| Plaintiffs, | |
| CITY OF WHITEHALL, CITY OF NORTH MUSKEGON, CITY OF MONTAGUE, MUSKEGON CHARTER TOWNSHIP, Dalton TOWNSHIP, CITY OF MUSKEGON, LAKETON TOWNSHIP, CITY OF NORTON SHORES, and FRUITPORT CHARTER TOWNSHIP, | CIVIL ACTION No. 1:97-CV-486 |
| Intervenor Plaintiffs, | Hon. Douglas W. Hillman Mag. J. Hugh Brenneman, Jr. |
| CITY OF ROOSEVELT PARK, CITY OF MUSKEGON HEIGHTS, EGLESTON TOWNSHIP, WHITEHALL TOWNSHIP and MONTAGUE TOWNSHIP, | |
| Added Plaintiffs, | |
| v. | |
| THE COUNTY OF MUSKEGON, MICHIGAN, | |
| Defendant, | |
| S.D. WARREN COMPANY, BURDICK & JACKSON LABORATORIES, ESCO, HOWMET CORPORATION, LOMAC, INC., AGREVO U.S.A. COMPANY, SUN CHEMICAL CORPORATION, CWC TEXTRON, GENESCO, INC., DANA CORPORATION, KAYDON CUSTOM BEARINGS, and LORIN INDUSTRIES, INC., | |
| Intervenor Defendants. | |

# ORDER TERMINATING CONSENT DECREE

Plaintiffs, the United States of America and the State of Michigan, have filed an unopposed Motion with this Court seeking termination of the Consent Decree that was entered herein on January 27, 2000. In its Motion, the United States and the State of Michigan represent that Defendant, the County of Muskegon, Michigan, has fully and satisfactorily completed all of the requirements of the Consent Decree and that the provisions set forth in Paragraph 27 of the Consent Decree governing its termination have been met.

Accordingly, for the reasons set forth in the United States' and State of Michigan's Motion, the Consent Decree previously entered herein is TERMINATED.

So ORDERED this  21st  day of September, 2005.

/s/  Robert Holmes Bell
Chief United States District Judge